IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00956-PAB-KLM

STEVE EDWARDS,
KATHY EDWARDS, and
MICHAEL EDWARDS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Re-Schedule Scheduling/Planning Conference** [Docket No. 13; Filed June 5, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 14, 2013 at 11:30 a.m. is **VACATED** and **RESET** to **June 18, 2013 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **June 13, 2013**.

    Dated: June 7, 2013