IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00956-PAB-KLM

STEVE EDWARDS,
KATHY EDWARDS, and
MICHAEL EDWARDS,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

      Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on Defendant's **Unopposed Motion for Protective Order** [#27][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#27-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated: December 17, 2013

---

[1] "[#27]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.